```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

**UNITED STATES OF AMERICA**          :

v.                                    :   NO. 3:09CR 69 (JBA)

**RON KREISEL**                       :

## ORDER CORRECTING JUDGMENT

      Pursuant to Fed R. Crim P. 36, and after colloquy with counsel on the record of March 10, 2010, the Court supplements the Judgment in this case to correct omission of the purpose of the judicial recommendation to the Bureau of Prisons that the defendant be designated to the Camp at Taft Correctional Institution, which purpose appears on the transcript of the sentencing hearing held on February 23, 2010 at page 60.

      Accordingly, the Judgment is amended as follows:

  **The Court recommends to the Bureau of Prisons that the defendant be designated to the camp at Taft Correctional Institution, Taft, California to facilitate religious accommodations.**

      In all other respects the Judgment and Order of Commitment entered by this Court on February 23, 2010 remains in effect.

                                    IT IS SO ORDERED.

                                    _____/s/_____
                                    Janet Bond Arterton
                                    United States District Judge

**Dated at New Haven, Connecticut: March 10, 2010**